IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                         CASE NO.: 1:08cr17-SPM

GREGORY DIXON,

       Defendant.
_____/

## ORDER OF COMPETENCY

The parties have had an opportunity to review the forensic evaluation (doc. 34) and request a competency hearing if they still had reason to question Defendant's competency to stand trial. No such request has been filed. Upon its own review, the Court finds all reasonable doubts have been dispelled as to Defendant's competency to stand trial. Whereupon, it is

ORDERED AND ADJUDGED that Defendant Gregory Dixon is competent to stand trial.

DONE AND ORDERED this 20th day of February, 2009.

    *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge